**Order filed August 13, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00134-CV
_____

### AGAR CORPORATION, INC., Appellant

### V.

### ELECTRO CIRCUITS INTERNATIONAL, LLC AND SURESH PARIKH, Appellees

---

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2008-20480A**

---

## ORDER

The parties to this appeal filed a joint motion to adopt a briefing schedule and for leave to assert cross-points in appellees' brief. The motion is granted. Accordingly, we order the following:

Agar Corp.'s opening brief is due September 11, 2015. **No further extensions will be granted to file this brief absent exceptional circumstances.**

Electro Circuits International, LLC's and Suresh Parikh's (collectively the

Electro Defendants) response brief / cross-appellants' opening brief is due November 10, 2015.

Agar Corp.'s reply / cross-appellee's response is due December 28, 2015.

Electro Defendants' cross-appellants' reply is due January 27, 2016.

No additional leave is necessary to raise issues in the Electro Defendants' response brief / cross-appellants' opening brief.

PER CURIAM